# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

IN RE:   TERRY MCINTOSH
         TRINA LAVELLE MCINTOSH                                    Case Number:   09-51889
         Debtors

## PROBATION ORDER

This case came on for hearing on 02/02/2012 wherein the Court, having heard arguments and being otherwise sufficiently advised, it is HEREBY ORDERED:

1) The Debtors shall have ninety (90) days from the date of this order within which to bring current their payments to the Trustee herein;

2) The Debtors shall be on probation with respect to plan payments in the within case for a period of one (1) year from the date of this order and shall have a twenty-one (21) day grace period on payments coming due within that time; and

3) Upon failure of the Debtors to make any payment as set forth in the above paragraphs, the Chapter 13 Trustee shall, without further motion or hearing, file with the Court a notice of failure to comply with the terms of this order and submit to the Court an order dismissing this Chapter 13 case for failure to make payments in accordance with the terms of the confirmed plan and the orders of the Court.

It is directed that the Chapter 13 Trustee serve copies upon the persons named below.

Copies to:

TERRY MCINTOSH
TRINA LAVELLE MCINTOSH
150 OLD HOPEWELL ROAD SOU
BEATTYVILLE, KY  41311

SANFORD, KATHERINE S
APPALACHIAN RESEARCH & DEFENSE
P O BOX 567
RICHMOND , KY  40476-0567

Probation Order - Page Two                                                                                                09-51889

Pursuant to Local Rule 9022-1(c), Beverly M. Burden shall cause a copy
of this order to be served on each of the parties designated to receive this order
pursuant to Local Rule 9022-1(a) and shall file with the Court a certificate of
service of the order upon such parties within fourteen (14) days hereof.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document
has been signed by the Judge and electronically entered by the Clerk in the
official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge
Dated: Tuesday, February 07, 2012
(jms)**