## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

IN RE:   TERRY MCINTOSH
         TRINA LAVELLE MCINTOSH                              Case Number:   09-51889
         Debtors

## ORDER OF DISMISSAL

A Probation Order was entered in the above referenced case stating that if the Debtors violated the terms of said order, the case would be dismissed without further hearing.

It appearing to the court that the Debtors Have failed to send in such plan payments as to keep their case current, the case should be and hereby is DISMISSED.

Copies to:

TERRY MCINTOSH
TRINA LAVELLE MCINTOSH
150 OLD HOPEWELL ROAD SOU
BEATTYVILLE, KY  41311

SANFORD, KATHERINE S
APPALACHIAN RESEARCH & DEFENSE
P O BOX 567
RICHMOND , KY  40476-0567

Pursuant to Local Rule 9022-1(c), Beverly M. Burden shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the Court a certificate of service of the order upon such parties within fourteen (14) days hereof.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Monday, April 23, 2012**
(jms)