UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

In Re:

TERRY MCINTOSH  
TRINA LAVELLE MCINTOSH  
Debtors

SSN: _____

Case No.  09-51889

## ORDER VACATING PAYROLL DEDUCTION ORDER

The Chapter 13 Trustee requests that the payroll deduction of plan payments for TERRY MCINTOSH in this case be stopped.  IT IS ORDERED:

The payroll deduction order previously entered in this case is hereby VACATED.  The employer, KENTUCKY DEPT OF PARKS, is authorized to refund to the debtor any funds on hand as of the date of this order and to pay all future wages to the debtor.

cc:  
TERRY MCINTOSH  
TRINA LAVELLE MCINTOSH  
150 OLD HOPEWELL ROAD SOU  
BEATTYVILLE, KY  41311

SANFORD, KATHERINE S  
APPALACHIAN RESEARCH &  
DEFENSE  
P O BOX 567  
RICHMOND, KY 40476-0567

KENTUCKY DEPT OF PARKS  
ATTN: PAYROLL DEPARTMENT  
CAPITAL PLAZA TOWER 500 METRO  
FRANKFORT, KY 40601-1974

Pursuant to Local Rule 9022-1(c), Beverly M. Burden shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the Court a certificate of service of the order upon such parties within fourteen (14) days hereof.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~  
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**  
*Tracey N. Wise*  
**Bankruptcy Judge**  
**Dated: Wednesday, April 25, 2012**  
(vlt)